UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. 13-cv-5016 |
| | ) |
| v. | ) |
| | ) |
| EDWARD GROSSMAN, AS SPECIAL REPRESENTATIVE FOR THE ESTATE OF LALLA M. GOGINS; DARLENE GOGINS BELL; KENNETH GOGINS; PATRICIA GOGINS HALL; UNKNOWN HEIRS AND LEGATEES OF LALLA M. GOGINS; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, | ) Judge: Ronald A. Guzman ) ) ) ) ) Magistrate Judge: Daniel G. Martin ) ) |
| Defendants. | ) |

## **MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE**

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

                Respectfully submitted,

                ZACHARY T. FARDON
                United States Attorney

                By: *s/Caleb J. Halberg*
                    CALEB J. HALBERG
                    Attorney for the United States
                    223 W. Jackson Blvd., Suite 610
                    Chicago, IL 60606
                    (312) 263-0003
                    chalberg@potestivolaw.com

**CERTIFICATE OF SERVICE**

      I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on January 29, 2014, and on the following non-ECF filers by first class mailing:

Edward Grossman, Special Representative
of the Estate of Lalla M. Goings
200 West Madison, Suite 2140
Chicago, IL  60606

Darlene Gogins Bell
3111 Surrey Lane
Hazel Crest, IL  60426

Kenneth Gogins
1065 N. Van Dyke St.
Decatur, IL  62522

Patricia Gogins Hall
16141 Carse Ave.
Harvey, IL  60426

Unknown Heirs and Legatees
of Estate of Lalla M. Goings
6519 South Morgan Street
Chicago, Illinois 60621

Unknown Owners and Non-Record Claimants
6519 South Morgan Street
Chicago, Illinois 60621

                                                     *s/Caleb J. Halberg*
                                                     CALEB J. HALBERG
                                                     Attorney for the United States
                                                     223 W. Jackson Blvd., Suite 610
                                                     Chicago, IL 60606
                                                     (312) 263-0003
                                                     chalberg@potestivolaw.com